# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAROLD HUNTER NUCKOLS, JR.,<br><br>*Defendant.* | Case No. 3:24CR **090**<br><br>Possession of Child Pornography<br>18 U.S.C. § 2252A(a)(5)(B)<br>(Count 1)<br><br>Forfeiture Notice<br>18 U.S.C. § 2253 |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
### (Possession of Child Pornography)

On or about October 21, 2021, in the Eastern District of Virginia, the defendant, HAROLD HUNTER NUCKOLS, JR., did knowingly and intentionally possess material that contained an image of child pornography, as defined by Title 18, United States Code, Section 2256, involving prepubescent children under the age of 12 years, to wit, one or more digital files contained on a Black and Silver iPhone S Model A1634 (S/N: 353350071797395), which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(5)(B)).

### FORFEITURE NOTICE

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One of this Information, he shall forfeit to the United

States his interest in any visual depiction produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 *et seq.*, and any property, real or personal, used or intended to be used to commit or promote the commission of such offense, including, but not limited to the following:

- Apple iPhone 6S Model: A1634
- Samsung NVMe (S/N: S4GRNXON639579)
- PNY USB Drive (S/N: 070389998C244B56)
- Samsung SSD (S/N: SIKINSAF655514)

(In accordance with Title 18, United States Code, Section 2253).

JESSICA D. ABER<br>
UNITED STATES ATTORNEY

By: _____
Thomas A. Garnett
Assistant United States Attorney